IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALBERT RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>    Defendant. | 7:20-CV-5006<br><br>ORDER |

IT IS ORDERED:

1. The parties' stipulation for remand (filing 11) is approved.

2. This case is remanded to the District Court for Scotts Bluff County, Nebraska.

3. The Clerk of the Court is directed to transmit this case without delay.

4. The plaintiff's motion to remand (filing 10) is denied as moot.

Dated this 29th day of September, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge